UNITED STATES DISTRICT COURT, NY
NORTHERN DISTRICT OF NEW YORK

**SO ORDERED**

Neal B. McCurn

NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 5/21/08
Syracuse, New York

DALE RICE,

                              Plaintiff,

                                                        No. 5:08-CV-347 (NPM/GHL)

        v.

THE HARTFORD LIFE INSURANCE COMPANY
AND WAL-MART STORES, INC.,

                              Defendants.

### STIPULATION AND ORDER OF DISCONTINUANCE

        The parties, by and through their respective attorneys, hereby stipulate and agree that: (1)

Hartford Life and Accident Insurance Company is the insurer of the benefits that Plaintiff seeks

in this action and is the claims administrator for the subject long-term disability policy; (2) that

Hartford Life and Accident Insurance Company shall be substituted in the place and stead of The

Hartford Life Insurance Company as a party to this action; and (3) the claims of Plaintiff against

Defendant Wal-Mart Stores, Inc., in the above-referenced action, shall be dismissed without

prejudice and without costs or fees for any party.

Dated: May ____, 2008

OLINSKY & SHURTLIFF, LLP

By: _____
      Howard D. Olinsky, Esq. 102297
      Attorneys for Plaintiff
      300 South State Street, 5th Floor
      Syracuse, New York 13202
      Telephone: 315-343-9112

BOND, SCHOENECK & KING, PLLC

By: _____
      Brian J. Butler, Esq. (510105)
      Attorneys for Defendants
      One Lincoln Center
      Syracuse, New York 13202
      Telephone: 315-218-8000

1423087 1

LAWRENCE & RUSSESLL, LLP

By: _____
Edwin L. Rawson
Attorneys for Defendant Wal-Mart
5178 Wheelis Drive

2

1423057.1