# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**DALE W. RICE**

vs.                                         **CASE NUMBER: 5:08-CV-347 (NPM/DEP)**

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and
WAL-MART STORES, INC.**

**Decision by Court.**   This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant Hartford Life and Accident Insurance Company's Motion to Dismiss was granted on 4/13/2009.  Judgment is hereby entered in favor of the defendant.

That defendant Wal-Mart Stores, Inc., was dismissed without prejudice and without costs or fees by Stipulation & Order on 5/22/2008.

All of the above pursuant to the Orders of the Honorable Judge Neal P. McCurn, dated the 5/22/2008 and 4/13/2009.

DATED: April 14, 2009

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk